IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANTWAN O'BRIAN LLOYD,                )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )     1:19CV3
                                     )
SCOTLAND COUNTY SHERIFF              )
DEPARTMENT, et al.,                  )
                                     )
          Defendant(s).              )

## ORDER

On February 8, 2019, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint (Doc. 2) be, and the same is hereby, **DISMISSED** pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted except as to Plaintiff's claims that Defendants Earl Haywood and Jessica Sadovnikov charged Plaintiff with the murder of an unborn child after pressuring a witness to make false statements supporting those charges.

This the 11th day of March, 2019.

_____
            United States District Judge